HENRY C. SHOEMAKER, Respondent, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued April 21, 1890; decided May 6, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made November 13, 1888, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*C. D. Prescott* for appellant.

*T. Curtin* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.